

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

March 22, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2021
```

**MEMO ENDORSED**

VIA ECF
Honorable Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Romero v. Canon U.S.A., Inc.; Case No: 1:20-cv-09085-PAE-KHP*

To the Honorable Judge Parker,

    I represent Plaintiff Josue Romero (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for Monday, March 29, 2021 at 10:00 a.m. However, Plaintiff's Counsel will be observing the Holiday of Passover and our offices will be closed. As a result, Counsel for Plaintiff is requesting on consent, an adjournment of the conference until after Passover is over which is April 4, 2021.

    Thank you for your time and consideration of the above request.

                              Respectfully submitted,

                              *[S] Joseph H. Mizrahi*
                              Joseph H. Mizrahi, Esq.

**APPLICATION GRANTED:** The telephonic Initial Case Management Conference scheduled for Monday, March 29, 2021 at 10:00 a.m. is hereby rescheduled to <u>Tuesday, April 20, 2021 at 12:15 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
03/22/2021