UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSUE ROMERO, on behalf of himself
and all others similarly situated,

                      Plaintiffs,

          -against-

CANON U.S.A., INC.,

                      Defendant.

------------------------------------------------------------------X

**20-CV-9085 (PAE) (KHP)**

**ORDER CONVERTING SETTLEMENT CONFERENCE TO IN PERSON PROCEEDING**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic settlement conference in this matter previously scheduled for **Wednesday, June 30, 2021 at 2:30 p.m.** will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website 2 weeks in advance of the conference for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 23, 2021 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
                May 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/12/2021