

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2021

MELISSA RAPHAN
Partner
(612) 343-7907
raphan.melissa@dorsey.com

June 7, 2021

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Settlement Conference scheduled for <u>June 30, 2021</u> is hereby adjourned sine die. The parties arr directed to file their stipulation of dismissal with the court by <u>August 6, 2021</u>.

APPLICATION GRANTED

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.
06/07/2021

<u>VIA ECF</u>

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Josue Romero v. Canon U.S.A., Inc.*, 20-cv-9085-PAE-KHP

Dear Judge Parker:

We represent Defendant, Canon U.S.A., Inc. ("CUSA"), in the above-captioned matter. We write to inform the Court that the parties have reached an agreement in principle to amicably resolve the above-referenced matter. <u>The parties therefore respectfully request that all matters be adjourned *sine die*, including all discovery deadlines and the June 30, 2021 settlement conference, and that they be given 60 days to finalize an agreement and file a stipulation of dismissal with prejudice.</u>

Plaintiff consents to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Melissa Raphan*
Melissa Raphan

Cc: Joseph Mizrahi (via ECF)

4828-4571-8252\1